**394 HEAVENRICH ET AL. vs. CIRCUIT JUDGE (Alpena), No. 15690; 69 N. W., 226; 3 D. L. N., 641.**

To vacate orders striking from the files stipulations, discontinuing certain causes, after judgment in each case, upon which counsel therein claim a lien for services.

Denied December 18, 1896, with costs.

**395 SAYLES vs. CIRCUIT JUDGE (Genesee), 82 M., 84.**

To vacate an order made by respondent, on the petition of the complaining witness, appointing a special prosecuting attorney to examine into a criminal complaint, and determine whether it ought to be prosecuted by an examination before a justice.

Granted July 2, 1890.

**396 JONES ET AL. vs. CIRCUIT JUDGE (Muskegon), No. 13381.**

To compel the vacation of an order substituting other attorneys for defendant, upon defendant's petition, in a pending cause in the place and stead of relators, on the ground that at the time of such substitution defendant was indebted to relators for services rendered in said cause.

Denied April 7, 1893, with costs.

(1) The order of substitution expressly preserved any lien that might exist, and (2) the lien was lost by judgment against defendant in a suit brought by relators for their services.

**397 GALLOWAY vs. CIRCUIT JUDGE (Wayne), No. 13552½.**

To vacate an order substituting attorneys.

Order to show cause denied May 31, 1893, on the ground that it did not appear from the petition that the application had been made to the Circuit Court to set aside the order complained of.